JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
California Bar No. 149883
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-6166
   Facsimile:  (213) 894-7177
   E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>160 CARTONS OF GLASS WATER PIPES, ET AL.,<br><br>      Defendants.<br>VICTOR HERMIZ,<br><br>      Claimant. | NO.   CV 12-8965 BRO (VBKx)<br><br>**JUDGMENT OF FORFEITURE** |

On February 11, 2014, following a bench trial, this Court found that the defendant merchandise was attempted to be imported into the United States and that the defendant merchandise constitutes drug paraphernalia within the meaning of 21 U.S.C. § 863.  The defendant merchandise is hereby ordered forfeited pursuant to 19 U.S.C. § 1595a(c) (2) (A).

Claimant's motion to compel and request for sanctions is DENIED.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that the defendant merchandise is condemned and forfeited to the United States of America and no other right, title, or interest shall exist therein.  United States Customs and Border Protection is ordered to dispose of said assets in accordance with law.

**IT IS SO ORDERED.**

Dated:  March 10, 2014      _____
                            HONORABLE BEVERLY REID O'CONNELL
                            UNITED STATES DISTRICT COURT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

   /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
Attorneys for Plaintiff

United States of America